**O. B. HANSON, Appellant, v. STATE of Texas, Appellee.**

No. 22259.

Court of Criminal Appeals of Texas.

June 26, 1942.

N. P. Reid, of Wharton, for appellant.

Spurgeon E. Bell, State's Atty., of Austin, for the State.

GRAVES, Judge.

Appellant was convicted of robbery by assault, and his punishment assessed at five years' confinement in the penitentiary.

Since his appeal was perfected, the appellant has filed a written request, verified by his affidavit, asking the privilege of withdrawing his appeal. The request is granted and the appeal ordered dismissed.